

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Eleazar Clavel-Narvaez | ) | Case No. **26-M-408 (SCD)** |
| (DOB: XX/XX/1999) | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Eleazar Clavel-Narvaez (DOB: XX/XX/1999) ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Illegal re-entry into the United States.

Date: 6-9-26

*Issuing officer's signature*

City and state: Milwaukee, WI

Stephen C. Dries, U.S. Magistrate Judge
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* 6/9/26 , and the person was arrested on *(date)* 6/10/26 at *(city and state)* Milwaukee, WI . | |
| Date: 6/10/26 | *Arresting officer's signature* |
| | JITORN Do6 *Printed name and title* |